# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 2/3/2020                                                                 Case Number 3:19-cr-00080
Case Style: USA vs. Mathew  Byrd
Type of hearing Sentencing
Before the honorable: 2514-Chambers
Court Reporter Kathy Swinhart                                                  Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Stephanie Taylor


Attorney(s) for the Defendant(s) Lee Booten


Law Clerk Matt Junker                                                          Probation Officer Beth Srednicki

## Trial Time


## Non-Trial Time


## Court Time

10:00 am   to 10:22 am
Total Court Time: 0 Hours 22 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 10:00 am
Hearing commenced: 10:00 am

Defendant appeared in person and with counsel pursuant to a plea to counts three and five of the indictment.
Defendant sworn.

Motion of Defendant for Presentence Mental Evaluation. ECF No. 70.
Motion denied.
Motion of Defendant to Continue Sentencing Hearing. ECF No. 71.
Motion denied.

There were no objections to the presentence report and the presentence report was adopted.

Total offense level           21
criminal history category     III

advisory guideline ranges
custody   46 - 57 months as to count three and a consecutive 5 years as to count five
sr        3 years as to count three and 2-5 years as to count five
fine      $15,000 - $1,000,000
SA        $200

Motion of Defendant for downward variance.
Response of Government/ reply.
Comments of Defendant.
Motion denied.

Custody              46 months as to count three and a consecutive 60 months as to count 5 for a total of 106

## District Judge Daybook Entry

months.
The Court recommended:
that the defendant be housed as close to Parkersburg, WV, as possible;
that the defendant be allowed to participate in a Comprehensive Drug Abuse Treatment Program.

Supervised Release     5 years
special condition of supervised release:  the defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.

Pursuant to the preliminary order of forfeiture previously entered in this case, the defendant shall forfeit to the United States any and all property derived from or used to facilitate the distribution of controlled substances, including the 16 items described in the preliminary order of forfeiture.

Special Assessment  $200 due immediately
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

The defendant was informed of appeal rights.

Motion of United States to dismiss counts one, two, and four; motion granted.

Defendant detained.

Hearing concluded: 10:22 am