USDC/CLK-007 (Rev. 05/2021) Notice of Filing of Motion Under 28 U.S.C. § 2255 to Vacate Sentence by Person in Federal Custody

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

| | |
|---|---|
| **MATHEW BYRD** | **NOTICE OF FILING OF A MOTION UNDER 28 U. S. C. § 2255 TO VACATE SENTENCE BY A PERSON IN FEDERAL CUSTODY** |
| v. | **CRIMINAL ACTION NO. 3:19-00080** <br> **(CIVIL ACTION NO. 3:21-00404)** |
| **UNITED STATES OF AMERICA** | |

**TO:** Lisa G. Johnston, Acting United States Attorney
Southern District of West Virginia
P. O. Box 1713
Charleston, West Virginia 25326

Please be advised that on July 19, 2021, the Clerk of the Court for the Southern District of West Virginia filed a *Motion to Vacate Sentence by a Person in Federal Custody* on behalf of Mathew Byrd pursuant to Title 28, United States Code, Section 2255, in the above-captioned matter. The style and numbers appearing above shall be used by all parties for any documents or correspondence relating to this matter. Please be sure to include both criminal and civil case numbers.

A copy is attached for your reference.

**Date:** 7/21/2021               **RORY L. PERRY II, CLERK OF COURT**

                    **By:**       s/Jennifer Adkins
                                **Deputy Clerk**

cc:   Robert C. Chambers, District Judge
      Dwane L. Tinsley, Magistrate Judge

**Mathew Byrd**
#70281-061
FCI McDOWELL
P.O. Box 1009
Welch, WV 24801